| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR 02-00174HG-04 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR06-00254 |

| NAME OF PROBATIONER/SUPERVISED RELEASEE ANDREA NIU | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE Helen Gillmor | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5/27/2005 — TO 5/26/2010 |

**OFFENSE**

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE, in violation of 21 U.S.C. § 846

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Northern District of California (Oakland)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3.29.06
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of California (Oakland)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4-6-06
Effective Date

United States District Judge

*Stamps:* ORIGINAL E-filing RECEIVED APR 13 2006 U.S. PROBATION OFFICE NORTHERN DISTRICT CALIF. OAKLAND; FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII SEP 11 2006 at 10 o'clock and 30 min __ M SUE BEITIA, CLERK; ORIGINAL FILED APR 12 2006 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND; S. PROB A.O. HONOLULU, HAWAII '06 SEP 8