RECEIVED
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT SEP 1 1 2006



NORTHERN DISTRICT OF CALIFORNIA    DISTRICT OF HAWAII
PROBATION OFFICE

**DEBRA K. AASMUNDSTAD**
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
1301 Clay Street, Suite 220S
Oakland, CA 94612-5206
TEL: (510)637-3600
FAX: (510)637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

September 1, 2006

Gene DeMello, Jr.
U.S. Probation Office
300 Ala Moana Boulevard, C110
Honolulu, HI 96850

Re: NIU, Andrea
   Docket No.: Yours CR 02-00174HG-04
   <u>TRANSFER OF JURISDICTION</u>

Dear Mr. DeMello:

Enclosed please find the Transfer of Jurisdiction forms transferring jurisdiction of the above-referenced case from the _____ District of Hawaii _____ to the Northern District of California. To finalize this transfer, please forward this letter to your clerk's office with instructions to file.

If you have any questions regarding the above, please do not hesitate to contact me at the number shown below.

Sincerely,

Juanita Dixon
Probation Services Assistant
(510) 637-3615

Enclosures

jdd