UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

October 3, 2006

Clerk of Court
Northern District of California (Oakland)
United States Courthouse
1300 Clay Street, 3rd Floor
Oakland, CA 94612-1405

    Re: U.S.A. vs. Andrea Niu
        USDC Hawaii    CR 02-00174HG-04

Dear Sir or Madam Clerk:

Pursuant to Rule 22 of the Federal Rules of Criminal Procedures, enclosed are the following:

    Certified copy of the Indictment
    Certified copy of the Judgment and Commitment
    Certified copy of the Transfer of Jurisdiction
    Certified copy of the Docket Sheet

Please acknowledge receipt on the copy of this letter and return.

Sincerely,
Sue Beitia, Clerk

by _____
Deputy Clerk

encl.
cc: U.S. Probation - Honolulu, HI
    U.S. Probation - Northern District of California (Oakland)

_____

Receipt is acknowledged by: Clerk, U.S. District Court

Dated: _____    By: _____